UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-61225-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

DEERFIELD AUTO REPAIR, INC., and SE 9TH LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [17]).  The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.  Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.  The Court retains jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of August 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF